### CITY OF SAN ANTONIO et al. v. CROW et al.   (No. 6988.)

(Court of Civil Appeals of Texas. San Antonio. March 21, 1923.)

**Appeal and error ⬳781(6)—Appeal dismissed where questions have become moot.**

Where the subject-matter of litigation was settled pending appeal, questions raised therein became moot, and the appeal will be dismissed.

Appeal from District Court, Bexar County; Robt. W. B. Terrell, Judge.

Action between the City of San Antonio and others and W. T. Crow and others. Judgment for the latter, and the former appeal. Appeal dismissed.

Arnold & Cozby, R. P. Coon, and W. C. Douglas, all of San Antonio, for appellants.

Terrell, Davis, Huff & McMillan and Sehorn & Sehorn, all of San Antonio, for appellees.

COBBS, J. It is apparent from the record and admission of counsel in the oral argument, the subject-matter of this litigation had been settled, so that the questions sought to be raised have become and are moot.

Therefore this appeal is accordingly dismissed.